UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 3:13-cv-12760-MAP

| | |
|---|---|
| HELMING CO., P.C.,<br>Plaintiff<br><br>V.<br><br>RTR TECHNOLOGIES, INC.,<br>Defendant | **DEFENDANT'S<br>MOTION TO DISMISS OR, IN THE<br>ALTERNATIVE, FOR SUMMARY<br>JUDGMENT** |

Pursuant to the provisions of Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant, RTR Technologies, Inc. ("RTR") moves to dismiss this action because the Complaint fails to state a claim upon which relief can be granted.

In the alternative, RTR moves pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment based on undisputed facts which establish as a matter of law that: (i) Helming Co., P.C. ("H&C") waived the claim asserted in this complaint by failing to bring it as a compulsory counterclaim in prior litigation entitled RTR Technologies, Inc. et. al. v. Carlton Helming et. al., Docket No. 3:09-cv-30189-MAP and a subsequent appeal (collectively, the "Prior Action"); (ii) the claims asserted in this action are barred by the doctrine of res judicata because this Court rejected them in the Prior Action; and (iii) the claims asserted in this action are barred by the doctrine of accord and satisfaction because H&C accepted and deposited a check for $15,341.46 which, according to contemporaneous documents, represented "full payment & satisfaction" of RTR's obligations to H&C.

In support of this Motion, RTR submits a Memorandum of Law, a Statement of Undisputed Facts, and the Affidavit of James C. Donnelly, Jr. attesting the authenticity of

{Practice Areas/LIT/23749/00001/A2460630.DOCX}

*[Handwritten annotation:]* Allowed, without opposition. The clerk will enter judgment for Defendants. This case may now be closed.
Michael A. Ponsor USDJ 1.7.13