# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

HELMING CO., P.C., )
    Plaintiff )
     ) **C. A. NO.** 3:13-cv-12760-MAP
    v. )
     )
RTR TECHNOLOGIES, INC., )
    Defendant )

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant RTR Technologies, Inc., against the plaintiff Helming Co., P.C., pursuant to the court's endorsed order entered this date, granting the defendant's motion to dismiss.

                                      **ROBERT M. FARRELL**,
                                      CLERK OF COURT

Dated: January 7, 2014          /s/ *Maurice G. Lindsay*
                                      Maurice G. Lindsay
                                      Deputy Clerk

(Civil Judgment (Routine) 6.wpd - 11/98)
    [jgm.]