UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HELMING & CO., P.C., )<br>Plaintiff, )<br> )<br>VS. )   CIVIL ACTION NO. 1:13-cv-12760-MAP<br> )<br>RTR TECHNOLOGIES, INC., )<br>Defendant. )<br> ) | |

**PLAINTIFF'S MOTION TO VACATE ORDER GRANTING MOTION TO DISMISS AND FOR ADDITIONAL TIME TO FILE A RESPONSIVE PLEADING**

Now comes the plaintiff, Helming & Co., P.C. ("H&C"), and hereby moves this Court to vacate its order granting the motion of defendant RTR Technologies, Inc. ("RTR") styled Motion to Dismiss for Failure to State a Claim or, in the Alternative, Motion for Summary Judgment, and allowing H&C until January 17, 2014, to file a responsive pleading thereto. As grounds therefore, H&C states as follows:

1. On October 31, 2013, H&C initiated the instant action against RTR.

2. The Complaint in this action was served on RTR on or about November 21, 2013, making the time to file an answer or responsive pleading December 13, 2013.

3. With the assent of counsel for H&C, RTR sought and obtained an additional 7 days, until December 20, 2013, to file its responsive pleading.

4. On December 20, 2013, RTR filed a pleading styled Motion to Dismiss for Failure to State a Claim or, in the Alternative, Motion for Summary Judgment (the "Motion"), along with a Rule 56.1 Statement of Facts and supporting exhibits.

5. On December 23, 2013, this Court entered a docket notation confirming that the Motion sought summary judgment as additional relief.

6. Both counsel for H&C and counsel for RTR understood and intended that the Motion be treated as one for summary judgment, affording H&C 21 days, until January 10, 2014, to respond.

ALLOWED. The clerk will set the Motion to Dismiss (Dkt. 12) for oral argument. So ordered. /s/ Michael A. Ponsor USDJ 2-3-14